IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:24-cr-5-RJC |
| | ) | |
| | ) | **BILL OF INDICTMENT** |
| v. | ) | |
| | ) | Violation: 18 U.S.C. § 922(g) |
| | ) | |
| | ) | |
| DONTAE RASHAWN ANTHONY | ) | |
| | ) | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Possession of a Firearm by a Prohibited Person)*

On or about August 10, 2023, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**DONTAE RASHAWN ANTHONY,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Smith and Wesson M&P Shield 9mm caliber firearm, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d): all firearms and ammunition involved in, used, or intended to be used in the violations alleged in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property subject to forfeiture on the grounds stated above:

(a) One Smith and Wesson M&P Shield 9mm caliber firearm, magazine, and ammunition seized on or about August 10, 2023.

A TRUE BILL

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

WILLIAM M. WISEMAN
SPECIAL ASSISTANT UNITED STATES ATTORNEY